# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA MARIA FRANCES,<br><br>                    Plaintiff,<br><br>v.<br><br>FALLON UNITED STATES POSTAL SERVICE PERSONNEL,<br><br>                    Defendant. | Case No. 3:25-CV-00529-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED** *IN FORMA PAUPERIS* |

On September 26, 2025, Plaintiff Angelica Frances ("Frances") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 5). Frances has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Frances the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, October 13, 2025**, Frances will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain France's civil rights complaint, (ECF No. 5), but will not file it unless and until Frances timely complies with this order.

**DATED**: September 29, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**