UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANGELICA MARIA FRANCIS,

Plaintiff,

v.

FALLON USPS PERSONNEL,

Defendant.

Case No. 3:25-cv-00529-MMD-CLB

ORDER

Plaintiff Angelica Maria Frances's filed a pro se complaint (ECF No. 5 ("Complaint")) alleging various claims arising from alleged mail tampering and an application to proceed *in forma pauperis* (ECF No. 7 ("IFP")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, screening the Complaint and recommending that the Court grant Plaintiff's IFP application and dismiss the Complaint. (ECF No. 11.) Plaintiff had until December 19, 2025 to file an objection. To date, no objection has been filed.  For this reason, and as explained below, the Court adopts the R&R.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin reviewed Plaintiff's IFP application and, considering Plaintiff's affidavit, recommends granting it. Judge Baldwin also screened the Complaint under 28 U.S.C. § 1915 and found that Plaintiff's allegations are vague and largely conclusory, that Plaintiff made no to attempt to identify Defendants, and that most of Plaintiff's complaint is barred because her purported causes of action are not legally cognizable. (*Id.* at 4-5.) Accordingly, Judge

Baldwin recommends that Counts I, II, III, IV, V, VI, VIII, and IX are dismissed with prejudice because Plaintiff cannot state a legally cognizable claim, and amendment would be futile. As to Count VII, Judge Baldwin recommends dismissing with prejudice to the extent that the claims rely on criminal statutes and the Fourteenth Amendment, but granting Plaintiff leave to amend as to her First and Fourteenth Amendment claims, because they are legally cognizable. (*Id.* at 6-7.) The Court agrees with Judge Baldwin and will adopt the R&R.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 11) is adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is granted.

It is further ordered that the Court file Plaintiff's Complaint (ECF No. 5) but not issue summons at this time.

It is further ordered that Counts I, II, III, IV, V, VI, VIII, and IX, and the two statutory claims and the Fourteenth Amendment claim in Count VII, are dismissed with prejudice.

It is further ordered that the First and Fifteenth Amendment claims in Count VII are dismissed with leave to amend. If Plaintiff chooses to file an amended complaint curing the deficiencies of her original complaint, she must do wo within 30 days from the date of entry of this order. If Plaintiff chooses not to file an amended complaint, the Court will dismiss this action for failure to state a claim.

DATED THIS 23rd Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2